1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11    JULIE MAGNUSON, et al.,           )  Civil No. 07CV1322-LAB(LSP)
                                        )
12                        Plaintiffs,   )
                                        )  ORDER FOLLOWING EARLY NEUTRAL
13    v.                                )  EVALUATION CONFERENCE AND
                                        )  SETTING RULE 26 COMPLIANCE,
14    SEA WORLD, INC., et al.,          )  CASE MANAGEMENT CONFERENCE AND
                                        )  SETTLEMENT CONFERENCE
15                        Defendants.   )
                                        )
16    _____ )

17          On September 13, 2007, at 2 p.m. the Court convened an Early

18    Neutral Evaluation Conference (ENE) in the above-entitled action.

19    Appearing were Sean Ballard, Esq. on behalf of plaintiffs and

20    Guillermo Marrero, Esq. on behalf of defendants.  Settlement of the

21    case could not be reached at the ENE and the Court, therefore,

22    discussed compliance with Federal Rule of Civil Procedure, Rule 26.

23    Based thereon, the Court issues the following orders:

24          1.   Any objections made to initial disclosure pursuant to

25    Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

26    and the parties are ordered to proceed with the initial disclosure

27    process.   Any further objections to initial disclosure will be

28    resolved as required by Rule 26.

1

1      2.   The Rule 26(f) conference shall be completed before

2  October 5, 2007;

3      3.   The date of initial disclosure pursuant to Rule

4  26(a)(1)(A-D) shall occur before October 19, 2007;

5      4.   A discovery plan shall be lodged with Magistrate Judge

6  Papas on or before December 3, 2007; and,

7      5.   A Case Management Conference, pursuant to Federal Rule

8  of Civil Procedure 16(b) shall be held on December 10, 2007, at 9

9  a.m., in the chambers of Magistrate Judge Leo S. Papas.

10      6.   A Settlement Conference will also be held on December

11  10, 2007, at 9 a.m.  All parties or their representatives who have

12  full and unlimited authority to enter into a binding settlement, in

13  addition to the attorneys participating in the litigation, shall be

14  present at the conference.[1]

15      Failure of any counsel or party to comply with this Order

16  will result in the imposition of sanctions.

17      IT IS SO ORDERED.

18  DATED:  September 13, 2007

19

20  _____

21  Hon. Leo S. Papas
    U.S. Magistrate Judge

22

23  _____
    [1]

24  "Full authority to settle" means that the individuals at the settlement
    conference must be authorized to fully explore settlement options and to

25  agree at that time to any settlement terms acceptable to the parties.
    Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir.

26  1989).  The person needs to have "unfettered discretion and authority" to
    change the settlement position of a party.  Pitman v. Brinker Intl., Inc.,

27  216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a person
    with unlimited settlement authority to attend the conference includes that

28  the person's view of the case may be altered during the face to face
    conference.  Id. at 486.  A limited or a sum certain of authority is not
    adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).