# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Magnuson v. Sea World            <u>Case No</u>: 07cv1322-LAB (LSP)

<u>HON.</u> Larry A. Burns            CT. DEPUTY Tisha Washam        Rptr.

<u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:       No appearance.

On September 6, 2007, plaintiffs' counsel filed a Motion To Remand. Dkt No. 4. The docketing clerk notified counsel to refile the document with a proper electronic signature. Counsel refiled the Motion on September 18, 2007. Dkt No. 6. The document as refiled is not on pleading paper, and the time of the motion hearing has not been corrected. The correct hearing time is 10:30 a.m. Counsel shall forthwith serve and file an "Amended Motion To Remand" fully compliant with this district's local civil rules and Policies And Procedures For Electronic Filing. The Clerk of Court shall strike Docket Nos. 4 and 6 in this case when the Amended Motion is filed.

DATED: September 19, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge