## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAGNUSON    v. SEA WORLD                                  No. 07CV1322-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK     Rptr. _____

                                    Attorneys
       Plaintiffs                                              Defendants

_____                        _____

_____                        _____

_____                        _____


The parties' joint motion to continue the settlement conference is GRANTED. (Doc. 15).

The date and time of the Settlement Conference on December 10, 2007, at 10 a.m. is vacated and reset for January 14, 2008, at 9 a.m. All parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference. "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

The Case Management Conference set for December 10, 2007, at 10 a.m., and all deadlines incident to the Case Management Conference, are unchanged.


 X     Copies to:  Counsel of Record         _____  Notified by Telephone

DATED:  November 26, 2007

                                                  _____
                                                  Hon. Leo S. Papas
                                                  U.S. Magistrate Judge