UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MAGNUSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SEA WORLD, INC., et al.,<br><br>  Defendants. | Civil No. 07CV1322-LAB (LSP)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATIONS**<br><br>Judge: Honorable Magistrate Leo S. Papas |

On February 19, 2008, counsel for the parties jointly submitted a Stipulation Re: Extension of Time for Expert Designations. For good cause showing, the Court **GRANTS** the parties' joint motion, and **ORDERS** as follows:

1. The parties shall designate their respective experts in writing by March 28, 2008. The date for exchange of rebuttal experts shall be on or before April 11, 2008.

2. On or before May 23, 2008, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

3. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before June 6, 2008.

//

//

//

4. All other provisions of the Court's December 10, 2007 Scheduling Order remain in full force and effect.

DATED: February 22, 2008

By _____
HON. LEO S. PAPAS
U.S. MAGISTRATE JUDGE